[No. 39700-1-I.    Division One.    December 22, 1997.]

*In the Matter of the Marriage of* DANIEL R. SMITH, *Respondent*, and LISA KAYE SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 95-3-00778-3, Michael Moynihan, J., entered October 21, 1996. *Reversed* by unpublished per curiam opinion.

[No. 35209-1-I.    Division One.    March 30, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ROY PERCELL JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-01938-1, James D. McCutcheon, Jr., J., entered August 22, 1994. *Affirmed* by unpublished per curiam opinion.

[Nos. 37033-2-I; 37032-4-I.    Division One.    March 30, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. BOBBY JOE LYONS, *Appellant*.

*In the Matter of the Personal Restraint of* BOBBY JOE LYONS, *Petitioner.*

Appeals from a judgment of the Superior Court for King County, No. 94-1-03359-6, Sally Phillips Pasette, J., entered July 31, 1995. *Affirmed* by unpublished per curiam opinion.